IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUNE THOMSON and JOHN THOMSON : | |
| : | CIVIL ACTION NO. 02-CV-3402 |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____  _____
Hope S. Freiwald          Aline Fairweather


_____  _____
Erin Brennan            Kirstin J. Miller


Dated:  July _____, 2002    DECHERT PRICE & RHOADS
                 4000 Bell Atlantic Tower
                 1717 Arch Street
                 Philadelphia, PA  19103-2793
                 (215) 994-4000